FRANK HARDING, Respondent, *v.* THE NEW YORK, LAKE ERIE & WESTERN RAILROAD COMPANY, Appellant.

(Argued October 11, 1887; decided October 25, 1887.)

*George F. Brownell* for appellant.

*Frank Harding* respondent in person.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THEODORE WACKERMAN, Respondent, *v.* JOHN P. ZENNER, Appellant.

(Argued October 11, 1887; decided October 25, 1887.)

*Adelbert Moot* for appellant.

*Charles H. Ribbel* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.